```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

ELOUISE BROWN                                    CIVIL ACTION

VERSUS                                           NO. 05-1323

JO ANNE B. BARNHART, COMMISSIONER                SECTION R(5)
OF SOCIAL SECURITY ADMINISTRATION

**ORDER**

The Court, having reviewed *de novo* the record, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's motion for summary judgment IS DENIED and that defendant's motion for summary judgment IS GRANTED.

New Orleans, Louisiana, this __20th__ day of September, 2006.

_____
            SARAH S. VANCE
     UNITED STATES DISTRICT JUDGE